```
                          UNITED STATES DISTRICT COURT
                          SOUTHERN DISTRICT OF FLORIDA

                          CASE NO. 08-10097-CIV-MARTINEZ
                          MAGISTRATE JUDGE P. A. WHITE
```

RANSE GONZALEZ CASTRO,           :

    Plaintiff,               :

v.                               :        REPORT OF
                                          MAGISTRATE JUDGE
SHERIFF RICHARD ROTH, ET AL.,    :

    Defendants.              :
_____ :

    The plaintiff Ranse Gonzalez Castro has filed two *pro se* civil rights complaint pursuant to 42 U.S.C. §1983 concerning an event that occurred on October 27, 2008 at the Monroe County Detention Center. Both cases raise an allegation that Officer Hernandez engaged in unnecessary force in violation of the plaintiff's constitutional rights and seek to hold supervisory officials liable for Hernandez's conduct.

    Accordingly, it is RECOMMENDED that these cases be CONSOLIDATED. Based on the normal practice for the Court to consider the lower-numbered case and dismiss a higher-numbered case, it is recommended that this higher-numbered case, Case No. 08-100972-CIV-MARTINEZ, be administratively closed, and consolidated with the lower-numbered case, Case No. No. 08-10092-CIV-MARTINEZ.

    Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

    It is so recommended at Miami, Florida, this 18th day of November, 2008.

                                            _____
                                            UNITED STATES MAGISTRATE JUDGE

cc:  Ranse Gonzalez Castro, <u>Pro Se</u>
     No. 0326277
     Monroe County Jail
     530 Whitehead Street
     Key West, FL 33040-6547