UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Key West Division

**Case Number:08-10097-CIV-MARTINEZ-BROWN**

RACES GONZALEZ CASTRO,

    Plaintiff,

vs.

SHERIFF RICHARD ROTH; OFFICER SHAWN HERNANDEZ,

    Defendants.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE WHITE'S REPORT AND CLOSING CASE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report on Plaintiff's pro se civil rights complaint filed pursuant to 42 U.S.C. § 1983. Magistrate Judge White has filed a Report, recommending that this case be consolidated with case number 08-10092-CIV-MARTINEZ as it is a duplicate case.  After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge White's Report **(D.E. No. 4)** is **AFFIRMED** and **ADOPTED**.  Accordingly, it is

**ADJUDGED** that

1.    This Case is **CONSOLIDATED** with the lower-numbered case, case number 08-10092-CIV-MARTINEZ, and all future filings should be made in case number 08-10092-CIV-MARTINEZ.  Magistrate Judge White is instructed to consider the allegations made in the complaint filed in case number 08-10097-CIV-MARTINEZ when considering the claims in case

number 08-10092-CIV-MARTINEZ.

    2.    This Case is **CLOSED** and all pending motions are **DENIED** as **MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 26 day of November, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record
Ranse Gozalez Castro